**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHNNY LEE JONES, III,

    Plaintiff,

vs.

DWIGHT NEVEN, *et al.*,

    Defendants.

Case No. 2:13-cv-01171-APG-GWF

**ORDER**

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. On August 20, 2013, this Court entered a screening order. (ECF No. 4). The screening order imposed a 90-day stay. (*Id.*). Pursuant to the stay, a mediation conference is scheduled to take place on January 17, 2014. (ECF No. 9).

Defendants have filed a status report. (ECF No. 11). Because the outcome of the upcoming mediation conference will determine the further course of this action, the Court extends the stay until after the conference is held. Defendants are directed to file an amended status report after the mediation conference, not later than January 24, 2014.

**IT IS THEREFORE ORDERED** that stay in this action is extended until January 27, 2014.

**IT IS FURTHER ORDERED** that defendants **SHALL FILE** an amended status report not later than **January 24, 2014.**

Dated this 3rd day of January, 2014.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE